**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
BENITO MORALES,

           Plaintiff,

    -against-                          24 **CIVIL** 5437 (NSR)

                                **JUDGMENT**

DAVID EVERETT, in his capacity as statutory
licensing officer pursuant to Penal Law
265.00(10); 400.00, et seq., and individually,

           Defendant.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated May 30, 2025, Defendant Justice Everett's motion to

dismiss is GRANTED. The Court dismisses Plaintiff's Complaint with prejudice; accordingly,

the case is closed.

**Dated:**  New York, New York

      May 30, 2025

                                  **TAMMI M. HELLWIG**

                                _____
                                  **Clerk of Court**

           **BY:**          *K. Mango*

                                  _____
                                  **Deputy Clerk**